Opinion issued September 29, 2022



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-22-00363-CV

————————————————

**KIMBERLY R. GUILLEN, Appellant**

**V.**

**AMG CITYVIEW APARTMENTS LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1179435**

---

## MEMORANDUM OPINION

The parties have filed an "Agreed Motion for Remand." They represent that they have reached an agreement to settle this matter and request that we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. We

interpret the parties' motion as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Accordingly, we grant the motion, set aside the trial court's judgment without regard to the merits, remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement, and dismiss the appeal. *See id.*

The Clerk is directed to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.